NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARGENTUM MEDICAL, LLC,**
*Plaintiff/Counterclaim Defendant,*

AND

**THOMAS MILLER AND GREGG SILVER,**
*Counterclaim Defendants-Appellants,*

v.

**SILVERLON INVESTMENT GROUP, LLC,**
*Defendant/Counterclaimant-Appellee,*

AND

**DERMA SCIENCES, INC.,**
*Defendant/Counterclaimant.*

---

2011-1618, -1640, 2012-1035

---

Appeals from the United States District Court for the Middle District of Pennsylvania in case no. 08-CV-1305, Judge A. Richard Caputo.

---

**ON MOTION**

---

**O R D E R**

The parties jointly move to dismiss all appeals of Argentum Medical LLC due to settlement. Noble Biomaterials moves to substitute Silverlon Investment Group as the appellee, withdraw Robert W. Hayes as counsel, and to substitute Stephen R. Swofford as counsel for Silverlon. Noble Biomaterials also moves for a 30-day extension of time, until May 30, 2012, for Silverlon to file its response brief.

Because it is the practice of this court not to dismiss a portion of a pending appeal the court will instead revise the official caption to indicate that Argentum is not an appellant.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to dismiss all appeals of Argentum Medical LLC is granted to the extent that the official caption is revised to reflect that Argentum is not an appellant.

(2) The motion to substitute Silverlon as the appellee, to substitute Stephen R. Swofford as principal counsel for Silverlon, and to withdraw Robert W. Hayes as counsel for Noble Biomaterials, LLC is granted. Stephen R. Swofford should promptly file an entry of appearance.

(3) The motion for an extension of time is granted. Silverlon's responsive brief is due May 30, 2012.

FOR THE COURT

**MAY 15 2012**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 15 2012

JAN HORBALY
CLERK

cc: Thomas C. Cronin, Esq.
  Robert W. Hayes, Esq.
  Stephen R. Swofford, Esq.

s21